# UNITED STATES DISTRICT COURT
for the
## District of Alaska

UNITED STATES OF AMERICA )
)
vs. )
)
BENJAMIN ASHER HANDLEY )

Case Number: 3:18-mj-00460-DMS

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows.

| Place: Anchorage, Alaska | Courtroom No.:   5 |
| | Date and Time:    9/4/2018 10:30:00 AM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 8/31/2018

_____
*Judge's signature*

Deborah M. Smith, Chief United States Magistrate Judge
*Printed name and title*